UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT VANDENBERG,

       Plaintiff,                      Case No. 1:15−cv−00538−RHB

v.                                      Hon. Robert Holmes Bell

WELTMAN, WEINBERG & REIS CO.,
L.P.A.,

       Defendant.
_____/

## ORDER

    A notice of voluntary dismissal with prejudice having been filed by Plaintiff on August 11, 2015 (ECF No. 6), it is ordered that this matter is DISMISSED with prejudice, without fees or costs to either party.

    IT IS SO ORDERED.

Dated:  August 12, 2015                                  /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            United States District Judge